IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CR135 |
| | ) | |
| MICHAEL P. HICKEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Due to the filing of the Superseding Indictment [15] on April 24, 2008,

**IT IS ORDERED** that the trial now set for May 20, 2008 is cancelled and will be rescheduled by further order.

**DATED April 25, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**