## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:08CR135** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **MICHAEL P. HICKEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Michael Hickey (Hickey) to review the order of detention (Filing No. 57). Trial of this matter is scheduled for August 5, 2008. Hickey was previously released on conditions but violated the conditions of his release by circumventing drug testing with the use of a mechanical device demonstrating he can not be trusted to comply with conditions of release. The motion to review is denied.

**IT IS SO ORDERED.**

DATED this 23rd day of July, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge